UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMONE T. BLUE, | ) |
| Plaintiff, | ) CASE NO. C09-980-MJP-JPD |
| v. | ) |
| INMATE SHANE, *et al.*, | ) REPORT AND RECOMMENDATION |
| Defendants. | ) |

Plaintiff Lamone Blue is a Washington State prisoner who is currently incarcerated at the Monroe Correctional Complex - Special Offenders Unit. On July 13, 2009, plaintiff submitted to the Court for review a proposed civil rights complaint alleging improper conduct on the part of two fellow inmates and various Department of Corrections employees. (*See* Dkt. No. 1.) Plaintiff failed to submit either the $350 filing fee or an application for leave to proceed with this action *in forma pauperis* with his complaint. Accordingly, on July 14, 2009, the Clerk sent plaintiff a letter advising him that he would have to submit either the entire filing fee or an application for *in forma pauperis* status on or before August 13, 2009, and that his failure to do so could result in dismissal of his case. (Dkt. No. 3.)

To date, plaintiff has not complied with the Clerk's directive to either pay the filing fee or submit an application for *in forma pauperis* status. As plaintiff has had ample time to comply with

REPORT AND RECOMMENDATION
PAGE - 1

1 the filing fee requirement, but has failed to do so, this Court recommends that the instant action be
2 dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and
3 Recommendation.

DATED this 23rd day of September, 2009.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2