UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAMONE T. BLUE,<br><br>    Plaintiff,<br><br>    v.<br><br>INMATE SHANE, et al.,<br><br>    Defendants. | Case No. C09-980 MJP JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;
2. This action is DISMISSED without prejudice for failure to prosecute; and
3. The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable James P. Donohue.

DATED this 20th day of October, 2009.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1